**RECEIVED**
IN ALEXANDRIA, LA.

JUN - 1 2009

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**LAWRENCE REED**                          **CIVIL ACTION NO. 1:08CV662**

**VERSUS**                                 **JUDGE TRIMBLE**

**WARDEN, LSP**                            **MAGISTRATE JUDGE KIRK**

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

____ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

____ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at ___Alexandria___, Louisiana, this _1st_ Day of _June_, 2009.

~~Dee D. Drell~~ JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE